GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant FCA US LLC

THE BARRY LAW FIRM
David N. Barry, Esq. (SBN 219230)
Elizabeth Quinn, Esq. (SBN 208919)
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, SERGIO GARCIA

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GARCIA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> FCA US LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive <br><br> Defendants. | Case No: 8:20-cv-01683-JWH-DFMx <br> Dist Judge John W. Holcomb <br> Mag Judge Douglas F. McCormick <br> Courtroom: 9D <br><br> **JUDGMENT BY DEPUTY CLERK PURSUANT TO RULE 68(a)** |

On the stipulation of Plaintiff Sergio Garcia ("Plaintiff") and Defendant FCA US LLC ("Defendant"), and good cause showing, it is hereby ORDERED AND ADJUDGED AS FOLLOWS:

1. Plaintiff SERGIO GARCIA ("Plaintiff"), will surrender the 2018 Jeep Wrangler, VIN 1C4HJXEG0JW329763 ("Subject Vehicle"). In light of the national pandemic due

1

**JUDGMENT**

the Novel Coronavirus (COVID-19), Plaintiff will deliver the subject vehicle to FCA on a date, time and place mutually agreeable no later than 60 days after the entry of Judgment.

2.   FCA will pay Plaintiff SERGIO GARCIA ("Plaintiff") $75,000.00 for the Subject Vehicle.  FCA will pay this amount within seven (7) days after Plaintiff delivers the Subject Vehicle to FCA.

3.   In addition FCA US LLC offers to pay reasonable costs, expenses and attorneys' fees based on actual time expended pursuant to Civil Code section 1794(d), determined by the court to have been reasonably incurred by Plaintiff in connection with the commencement and prosecution of this action.

4.   FCA will waive all claims it may have for costs and fees in this action.

5.   The Court shall maintain continuing jurisdiction over this action and the parties for the purpose of enforcing this Judgment and for the purpose of enforcing the parties' Settlement Agreement.

**IT IS SO ORDERED.**

Date: January 7, 2021          _____
                                Irene Vazquez, Deputy Clerk